McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:   (916) 554-2720

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSHUA SIMS,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES<br><br>          Defendant. | Case No. 2:07-cv-02082 MCE JFM<br><br>**UNITED STATES OF AMERICA'S REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE A JOINT STATUS REPORT;**<br><br>**ORDER** |

Defendant United States of America respectfully requests that the Court enter an order extending the time for parties to file a Joint Status Report in this case.  In support of this request, the United States represents as follows:

1. The Office of the United States Attorney for the Eastern District of California was served with the complaint in this action on November 15, 2007, and the Attorney General of the United States was served on November 26, 2007.

2. On November 26, 2007, the United States Attorney's Office inquired of the Department of Justice in Washington, D.C. ("DOJ") whether DOJ would delegate the case to the United States Attorney or whether the case would be handled by DOJ.

3. Based on an exchange of emails in early December 2007, the United States Attorney's Office believed that DOJ had determined that it would be responsible for litigating this case and that the case would not be delegated to the United States Attorney.

4. On Friday, February 22, 2008, at approximately 5:10 p.m., plaintiff's counsel contacted the undersigned Assistant United States Attorney. The Assistant United States Attorney informed plaintiff's counsel that the case was being handled by DOJ and offered to identify and contact the DOJ attorney so that plaintiff's counsel could forward a draft joint status report for consideration.

5. On Monday, February 25, 2008, the United States Attorney's Office learned that, due to an apparent miscommunication between DOJ and the United States Attorney's Office, DOJ does not believe that it is responsible for handling this litigation. Thus, DOJ delegated the handling of this matter to the United States Attorney.

6. Because the United States Attorney's Office believed that DOJ was responsible for representing the United States in this litigation, the undersigned Assistant United States Attorney did not request a litigation report from the relevant federal agencies or take any other action on this matter on behalf of the United States.

7. Now that the case has been delegated to the United States Attorney, the undersigned Assistant United States Attorney will require time to request a litigation report from the relevant federal agencies and to take other steps necessary to formulate the United States' response to the plaintiff's complaint and to prepare a joint status report for this case.

8. At approximately 12:30 p.m. on February 25, 2008, the undersigned Assistant United States Attorney attempted to contact plaintiff's counsel by telephone and reached his voicemail instead. She notified plaintiff's counsel that she had just learned that the United States Attorney's Office would be handling this matter and that, under the circumstances, she would not be prepared to file a joint status report today as he had requested. She also told plaintiff's counsel that she would like to speak with him as soon as possible to discuss setting a deadline for the United States' response to the complaint.

9. The United States is filing this request as soon as possible after learning that the case has been delegated to the United States Attorney. The United States respectfully requests that the Court enter an order extending the time for the parties to file a joint status report, and that the parties be given at least 30 days from the date of this request to do so.

///

///

10.  During a telephone call at approximately 4:15 p.m. on February 25, 2008, plaintiff's counsel stated that he does not oppose a 30-day extension for the filing of a joint status report and authorized the undersigned Assistant United States Attorney to inform the Court of his position in this request.

Respectfully submitted,

Dated: February 25, 2008

McGREGOR W. SCOTT
United States Attorney


By: */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

## **ORDER**

Based on the foregoing, and good cause appearing, the deadline for the parties to file a Joint Status Report in this case shall be extended to and including March 28, 2008.

IT IS SO ORDERED.

DATED: February 28, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3