McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSHUA SIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 2:07-cv-02082 MCE JFM<br><br>**UNITED STATES OF AMERICA'S AMENDED REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE A JOINT STATUS REPORT**<br><br>**[PROPOSED] ORDER** |

    Defendant United States of America hereby amends its Request For An Extension Of Time For The Parties To File A Joint Status Report filed on February 25, 2008 [Docket 7] ("Extension Request"). In support of this amended request, the United States represents as follows:

    1.    On February 25, 2008, the United States filed the Extension Request.

    2.    For all of the reasons set forth in the Extension Request, the United States asked that the Court enter an order extending the time for the parties to file a joint status report, and that the parties be given at least 30 days to do so.

    3.    Since the filing of the Extension Request, the undersigned Assistant United States Attorney has determined that 30 days will not provide ample time to obtain a litigation report from the relevant federal agencies and to take other steps necessary to formulate the United States' response to the plaintiff's complaint and to prepare a joint status report for this case.

4. On February 27, 2008, the undersigned Assistant United States Attorney notified plaintiff's counsel that the United States would need 60 days to respond to the complaint. During a telephone call on February 29, 2008 at approximately 3:00 p.m., plaintiff's counsel agreed that the United States may file its response to the complaint in 60 days. Also during that call, counsel discussed that the United States should file an amended request regarding the timing for the joint status report. Counsel agreed that the United States would file an amended request asking that the Court extend the time for the parties' joint status report by at least 60 days.

5. Accordingly, the United States respectfully requests that the Court enter an order extending the time for the parties to file a joint status report, and that they be given at least 60 days from the date of this request to do so.

Respectfully submitted,

Dated: February 29, 2008

McGREGOR W. SCOTT
United States Attorney

By: */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

**ORDER**

Based on the foregoing, and good cause appearing, the deadline for the parties to file a Joint Status Report in this case shall be extended to and including May 2, 2008.

IT IS SO ORDERED.

Dated: March 7, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2