LAW OFFICES OF PETER SCHEY
Peter A. Schey (Ca. Bar #58232)
11994 Chalon Road
Los Angeles, CA 90049
Telephone: (323) 251-3223
Facsimile: (213) 386-9484
Email: peter@peterschey.com

*Attorney for Plaintiff Daniel Sims*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSHUA SIMS, <br><br>   Plaintiff, <br><br> - vs - <br><br> UNITED STATES OF AMERICA; <br><br>   Defendant. | No. 2:07-CV-02082-MCE-JFM <br><br> STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS <br><br> Honorable Morrison C. England, Jr. <br><br> <u>Current Hearing Date</u> <br> July 2, 2008 at 9:00 a.m. |

At the request of Plaintiff Daniel Sims, the parties, by and through their undersigned counsel, stipulate that the hearing on Defendant's Motion to Dismiss [Docket No. 11] be continued to July 25, 2008, at 9:00 a.m., or as soon thereafter as it may be heard by the Court. Plaintiff Sim's request is based upon his counsel's other

*/ / /*

PDF created with pdfFactory trial version www.pdffactory.com

professional responsibilities and the number and relative complexity of the issues raised in the Motion to Dismiss.

Dated: June 12, 2008

        Law Offices of Peter Schey

*[signature: Peter Schey]*

Peter A. Schey
Attorney for Plaintiff Daniel Sims

Dated: June 13, 2008

McGregor W. Scott
United States Attorney

  /s/ Lynn Trinka Ernce
Lynn Trinka Ernce
Assistant United States Attorney
Attorneys for Defendant
United States of America

## ORDER

Based on the foregoing, and good cause appearing, the hearing on defendant's Motion to Dismiss is continued to July 25, 2008, at 9:00 a.m.

IT IS SO ORDERED.

DATED: June 16, 2008

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com