1 LAW OFFICES OF PETER SCHEY
2 Peter A. Schey (Ca. Bar #58232)
2 11994 Chalon Road
3 Los Angeles, CA 90049
3 Telephone: (323) 251-3223
4 Facsimile: (213) 386-9484
5 Email: peter@peterschey.com

6 *Attorney for Plaintiff Daniel Sims*

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 DANIEL JOSHUA SIMS, | No. 2:07−CV−02082−MCE−JFM |
| 12      Plaintiff, | STIPULATION TO FURTHER CONTINUE |
| 13 - vs - | HEARING ON DEFENDANT'S MOTION TO DISMISS |
| 14 UNITED STATES OF AMERICA, | Honorable Morrison C. England, Jr. |
| 15      Defendant. | |
| 16 | Current Hearing Date |
| | July 25, 2008 at 9:00 a.m. |
| 17 | Proposed New Hearing Date |
| 18 | September 5, 2008 at 9:00 a.m. |
| 19 | |

20   At the request of Plaintiff Daniel Sims, the parties, by and through their

21 undersigned counsel, stipulate that the hearing on Defendant's Motion to Dismiss

22 [Docket No. 11] be further continued from July 25, 2008, at 9:00 a.m., to September 5, 2008

23 at 9:00 a.m.

24

25   ///

26   ///

27   ////

28

Dated: July 11, 2008

          Law Offices of Peter Schey

Peter A. Schey
Attorney for Plaintiff Daniel Sims

Dated: July 11, 2008

McGregor W. Scott
United States Attorney


   /s/ Lynn Trinka Ernce
Lynn Trinka Ernce
Assistant United States Attorney
Attorneys for Defendant
United States of America

### **ORDER**

Based on the foregoing, and good cause appearing, the hearing on defendant's Motion to Dismiss is continued to September 5, 2008, at 9:00 a.m.

IT IS SO ORDERED.

DATED: July 14, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE