UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL JOSHUA SIMS,                    No. 2:07-cv-02082-MCE-JFM

      Plaintiff,

  v.                                   <u>MEMORANDUM AND ORDER</u>

UNITED STATES OF AMERICA,

      Defendant.

----oo0oo----

    Per Memorandum and Order dated October 28, 2008, this Court granted Defendant's Motion to Dismiss each of Plaintiff's claims with leave to amend. The Court directed Plaintiff to file any amended complaint within twenty (20) days of that Order. Plaintiff has not done so. The United States now requests that the Court enter judgment of dismissal and close the case. Defendant's Request is GRANTED. The Clerk of the Court is directed to close the file.

    IT IS SO ORDERED.

Dated: January 9, 2009

                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE

1